IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Clarence Roach, | No. CV 08-946-TUC-RCC |
| Plaintiff, | **ORDER** |
| vs. | |
| Steven M. Yaplee, et al., | |
| Defendants. | |

The Court has received Plaintiff's Motion to Proceed with Civil Rights Complaint (Docket No. 22). Upon good cause appearing, the Court will grant Plaintiff's motion and allow him to file an amended complaint.

The Court reminds Plaintiff that his amended complaint must conform to Federal Rules of Civil Procedure 8 and 10 as stated in this Court's February 13, 2009 Order (Docket No. 17). Plaintiff must review that Order for guidelines on filing his amended complaint. Plaintiff should also be aware that although the Court is granting his motion to proceed with his case, that is no guarantee that he will ultimately prevail on his claims.

Therefore, **IT IS HEREBY ORDERED:**

(1) Plaintiff's Motion to Proceed with Civil Rights Complaint (Docket No. 22) is **granted**. Plaintiff has until February 26, 2010, to file an amended complaint.

(2) If Plaintiff fails to file an amended complaint by February 26, 2010, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice.

(3) The Clerk of Court must included with this Order a copy fo the judge's required form for filing a civil rights complaint by a prisoner.

DATED this 25th day of January, 2010.

Raner C. Collins
United States District Judge

- 2 -